# Exhibit 3

# Exhibit 3

# United States of America

DEPARTMENT OF LABOR

OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

## SUBPOENA DUCES TECUM

**To:** Smithfield Packaged Meat Corp.
1400 North Weber Avenue
Sioux Falls, SD  57103

Pursuant to Federal law (Section 8(b) of the Occupational Safety and Health Act, 29 U.S.C. 657(b)), **you are hereby required to produce** to Sheila Stanley, Area Director, or her designee, of the OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES DEPARTMENT OF LABOR at the **United States Department of Labor, Occupational Safety and Health Administration, Sioux Falls Area Office, 4404 South Technology Drive, Sioux Falls, SD 57106, on or before 1:00 p.m., Friday, June 19, 2020, all of the following item(s):**

**Unless otherwise noted, the requests set forth below pertain to the Smithfield Packaged Meat Corporation ("Smithfield") located at 1400 North Weber Avenue, Sioux Falls, South Dakota 57103 (the "Worksite").[1]**

1) A copy of the Health Services Intake Log from March 1, 2020 to May 1, 2020.
2) Copies of any lists of employees on quarantine or directed to remain at home due to; testing positive for COVID-19, being exposed to individuals known to be positive for COVID-19 or expressing symptoms of COVID-19 (Quarantine List) from March 1, 2020 to May 1, 2020.
3) Copies of any contact tracing forms that Health Services has used in response to the 2020 COVID-19 pandemic.
4) Renderings or drawings demonstrating where Plexiglas barriers were placed.
5) Copies of Responsibility Checklists that monitors have completed.
6) A copy of Smithfield's Employee Handbook that was in use on March 1, 2020, and any subsequent revisions made prior to May 1, 2020.
7) A copy of the new employee orientation PowerPoint presentation that was in use on March 1, 2020, and any subsequent revisions prior to May 1, 2020.
8) A copy of any tests or surveys used during new employee orientation on March 1, 2020 and any subsequent revisions prior to May 1, 2020.
9) Copies of any travel restriction policies Smithfield had in place to mitigate biosecurity risks prior to May 1, 2020.
10) Copies of any documentation that you presented to employees before using employee-provided facemasks or respiratory protection between March 1, 2020 and May 1, 2020, including but not limited to a waiver.

---

[1] To the extent there are documents responsive to these requests that were generated by a corporate or regional entity, but nonetheless applicable to the Smithfield facility, please produce such documents.

11) A copy of any sign-in sheet for COVID-19 training that was provided to managers and/or employees prior to the facility restarting production.
12) A copy of any material used to provide COVID-19 related training to managers and/or employees prior to the facility restarting production.
13) A copy of any SIPS and/or Joint Safety Committee meeting minutes from January 1, 2020 to May 30, 2020.
14) Copies of the information packet distributed to employees regarding the April 2020 "responsibility bonus" of $500. Please include copies of this packet in all languages in which you produced it.
15) A copy of the "essential worker" card that you provided to employees to carry to and from work during the pandemic.
16) A copy of the Safety Data Sheet for Alkleen, as referenced in the Smithfield Sioux Falls Sanitation Procedures Work Instruction #1.
17) Documents obtained by Human Resources from third parties, such as religious organizations or community members that specialize in working with Amharic speakers to assist in sharing information related to COVID-19.

If you have questions about the above items, contact the Area Director or Assistant Area Director at 605-361-9566.

Smithfield is required to produce all items described above that are in the possession, custody, or control of Smithfield Packaged Meat Corporation, including those items in the possession, custody or control of any of such entities' officers, directors, employees, agents, representatives, accountants, or attorneys. No items requested by this subpoena shall be destroyed, modified, altered, removed, or otherwise made inaccessible to the OSHA Sioux Falls Area Office.

If any item responsive to this subpoena was, but no longer is, in your possession, custody, or control, identify the item and explain the circumstances by which it ceased to be in your possession, custody, or control.

If the subpoena cannot be complied with in full, it shall be complied with to the extent possible, with an explanation of why full compliance is not possible.

The information requested may be produced in any of the following formats:

(1) Email attachment to the attention of John Becker (Becker.John.D@Dol.gov);
(2) CD or thumb drive;
(3) External hard drive;
(4) Hard copy mailed to OSHA's Sioux Falls Area Office at the address identified above. If Smithfield elects to send responsive documents via U.S. Postal Service, United Parcel Service ("UPS") or Federal Express, please contact OSHA Area Director Sheila Stanley prior to mailing to arrange for delivery and signature. Ms. Stanley can be reached at 605-361-9566, ext. 201 or Stanley.Sheila.A@dol.gov.

**FAIL NOT AT YOUR PERIL**

IN TESTIMONY WHEREOF I have hereunto affixed my signature and the seal of the UNITED STATES DEPARTMENT OF LABOR at 4404 South Technology Drive, Sioux Falls, SD, this 17th day of June, 2020.



SHEILA STANLEY
Digitally signed by SHEILA STANLEY
Date: 2020.06.17 09:07:13 -05'00'

Area Director
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
UNITED STATES DEPARTMENT OF LABOR