UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DISTRICT

| | |
|---|---|
| SMITHFIELD PACKAGED MEATS CORP., | Civ. No. 4:20-mc-18 |
| Petitioner, | |
| vs. | **CORPORATE DISCLOSURE STATEMENT** |
| UNITED STATES OF AMERICA DEPARTMENT OF LABOR, OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, | |
| Respondent. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner Smithfield Packaged Meats Corp. ("Smithfield") submits the following information regarding its corporate affiliations: Smithfield, a Virginia corporation with its headquarters in Smithfield, Virginia, which, in turn, is a wholly-owned subsidiary of WH Group Limited, which trades on the Hong Kong Stock Exchange under the stock code 00288.

Dated this 2nd day of July, 2020.

                                                        /s/    *Lisa Hansen Marso*
Lisa Hansen Marso
BOYCE LAW FIRM, L.L.P.
300 South Main Avenue
P.O. Box 5015
Sioux Falls, SD 57117-5015
(605) 336-2424
lkmarso@boycelaw.com

Susan F. Wiltsie (*PRO HAC VICE* -PENDING)
HUNTON ANDREWS KURTH, L.L.P.
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 955-1500
swiltsie@huntonAK.com

Alexandra Cunningham (*PRO HAC VICE* -PENDING)
HUNTON ANDREWS KURTH, L.L.P.
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 787-8087
acunningham@huntonAK.com

Attorneys for Petitioner