## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## SOUTHERN DISTRICT

**SMITHFIELD PACKAGED MEATS CORP.,**

        Petitioner,

v.

**UNITED STATES OF AMERICA DEPARTMENT OF LABOR, OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION,**

        Respondent.

Civ. No. 4:20-MC-00018-KES

**JOINT STIPULATION FOR DISMISSAL**

The Parties have reached an agreement with respect to the issues raised in Smithfield's Motion to Quash. Thus, pursuant to Fed.R.Civ.Pro. 41, the parties through their undersigned attorney request the Court enter an Order dismissing the matter without prejudice

Dated this 29th day of July, 2020.

    RONALD A. PARSONS, JR.
    United States Attorney

    */s/ Meghan Roche*

    Meghan K. Roche
    Assistant U.S. Attorney
    P.O. Box 2638
    Sioux Falls, SD 57101-2638
    (605) 330-4400
    Meghan.Roche@usdoj.gov
    Attorneys for Respondent

Dated this 29th day of July, 2020.

               /s/ Lisa Marso
Lisa Marso
BOYCE LAW FIRM, L.L.P.
300 South Main Avenue
P.O. Box 5015
Sioux Falls, SD 57117-5015
(605) 336-2424
lkmarso@boycelaw.com

Susan F. Wiltsie (*PRO HAC VICE*)
HUNTON ANDREWS KURTH, L.L.P.
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 955-1500
swiltsie@huntonAK.com

Alexandra Cunningham (*PRO HAC VICE*)
HUNTON ANDREWS KURTH, L.L.P.
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 787-8087
acunningham@huntonAK.com

Attorneys for Petitioner